RECEIVED
JUL 11 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MERVIN ROY, <br>     Appellant | CIVIL ACTION <br> NO. 2:11-CV-01594 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL SECURITY, <br>     Appellee | JUDGE JAMES T. TRIMBLE, JR. <br> MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Roy's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Roy is AWARDED SOCIAL SECURITY SSI BENEFITS.

IT IS FURTHER ORDERED that Roy's case is REMANDED to the Commissioner for CALCULATION OF BENEFITS.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _11th_ day of _July_, 2012.

                                          JAMES T. TRIMBLE, JR.
                                        UNITED STATES DISTRICT JUDGE