RECEIVED
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MERVIN ROY | CIVIL ACTION 11-1594 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| COMMISSIONER | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees and costs in the amount of $4,993.75 payable to his attorney.

Thus done and signed on the 11th day of January, 2013.

_____
James T. Trimble, Jr.
U. S. District Judge